# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS JAMES SATTERFIELD,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>JAMES D. HARTLEY,<br><br>　　　　　Respondent. | 1:10-cv-01195-DLB (HC)<br><br>ORDER DENYING PETITIONER'S MOTION FOR PERMISSIVE JOINDER<br><br>[Doc. 8] |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On September 15, 2010, Petitioner filed a motion for permissive joinder. Petitioner requests this Court to consolidate the instant action with case number 1:10-cv-00717 AWI JMD (HC), because both individuals were allegedly sentenced and are serving an indeterminate sentence proscribed pursuant to California's Determinate Sentence Law, Penal Code section 1170, and both inmates are similarly situated.

Petitioner provides no basis to allow joinder in this action, and the Court notes that in case number 1:10-cv-00717 AWI JMD (HC) was dismissed with prejudice on the merits on December 3, 2010. Accordingly, Petitioner's motion for permissive joinder is HEREBY DENIED.

IT IS SO ORDERED.

　Dated:　**January 4, 2011**　　　　　　　　**/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1